1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

11   NAOMI LYNN SHEAFFER,              )      Case No. EDCV 08-0998-JTL
                                       )
12              Plaintiff,             )
                                       )      **J U D G M E N T**
13        v.                           )
                                       )
14   MICHAEL J. ASTRUE,                )
     Commissioner of Social Security,  )
15                                     )
                Defendant.             )
16   _____ )

17

18        In accordance with the Memorandum Opinion and Order filed herewith,

19        IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the

20   Commissioner, and remanding the case for further administrative proceedings consistent with

21   the Memorandum Opinion and Order.

22

23   DATED: June 2, 2009

24                                                    /s/ Jennifer T. Lum
                                            _____
                                            JENNIFER T. LUM
25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28